| United States District Court | Southern District of Texas |
|---|---|

United States District Court
Southern District of Texas
**ENTERED**
July 20, 2018
David J. Bradley, Clerk

Alejandro Garza, §
§
    Plaintiff, §
§
versus §   Civil Action H-18-323
§
BNSF Logistics, LLC, §
§
    Defendant. §

## Final Dismissal

1. Neither party having moved for reinstatement, this case is dismissed with prejudice.

2. The court approves the settlement.

3. This court retains jurisdiction to enforce the settlement.

Signed on July 20, 2018, at Houston, Texas.

Lynn N. Hughes
United States District Judge